IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

PAMELA BYRD,                           *

    Plaintiff                  *

vs.                                    *
                                            CASE NO. 3:06-CV-80 (CDL)
MICHAEL J. ASTRUE, Commissioner        *
of Social Security,
                                     *

    Defendant
                                     *

## O R D E R

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on July 3, 2007, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 28th day of August, 2007.

                                          S/Clay D. Land
                                            CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE